Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
*Attorneys for Plaintiff*

Clive M. McClintock (Bar No. 240465)
clive.mcclintock@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone: (310) 595-3000
Facsimile: (310) 595-3300

Ann K. Ford (admitted *pro hac vice*)
ann.ford@dlapiper.com
John M. Nading (admitted *pro hac vice*)
john.nading@dlapiper.com
David M. Kramer (admitted *pro hac vice*)
david.kramer@dlapiper.com
DLA PIPER LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000
*Attorneys for Defendant C. Wonder, LLC*

**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZLATKA PANEVA, individually, and doing business as "Z PANEVA STUDIOS," a California Corporation, | Case No.: CV12-5208 GW (FFMx)<br>*Honorable George H. Wu Presiding*<br><br>**ORDER ON THE PARTIES'** |

1

[PROPOSED] ORDER ON THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE

|  |  |
|---|---|
| Plaintiff,<br>v.<br><br>C. WONDER, LLC., a Delaware Limited Liability<br><br>Company; and DOES 1-10,<br>Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Having reviewed the Parties' Stipulation to this Action and finding good cause thereon,

IT IS HEREBY ORDERED that:

1. This action is to be dismissed with prejudice.
2. All parties are to bear their own costs and attorneys' fees and expenses incurred in conjunction with this lawsuit.

SO ORDERED.

Dated: October 25, 2012

_____
GEORGE H. WU, U.S. District Judge